IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:23-CV-910-RP |
| CALDWELL COUNTY, TEXAS, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court are Plaintiffs' Motion for Preliminary Injunction, (Dkt. 16), and Notice Regarding Defendants' Failure to Respond, (Dkt. 18). Plaintiffs filed their preliminary injunction motion on September 27, 2023. Since then, Defendants filed an answer, (Dkt. 17), but have not timely responded to the preliminary injunction motion. In their Notice, Plaintiffs represent that they served the motion by email on Defendants through Defendants' counsel with his written consent. (Dkt. 18, at 1). Plaintiffs request that the Court grant Plaintiffs' preliminary injunction motion. (*Id.* at 2). While the Court takes Plaintiffs' Notice under advisement and accepts Plaintiffs' representations, the Court will not rule on the motion for preliminary injunction motion at this time. Instead, the Court will provide Defendants with an additional window of time in which to respond.

Accordingly, **IT IS ORDERED** that Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction, (Dkt. 16), **on or before October 30, 2023**. Failure to timely file a response may result in the Court considering Plaintiffs' preliminary injunction motion to be unopposed.

**SIGNED** on October 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE