IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER,<br>Plaintiffs,<br><br>v.<br><br>CALDWELL COUNTY, TEXAS, TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate,<br><br>MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and<br><br>MIKE LANE, in his official capacity as the Sheriff of Caldwell County,<br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 1:23-cv-910 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

The Court considered, on the date subscribed to this Order, Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). After considering that Motion, the response and other pleadings on file, the Court finds that the Motion should be and is in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss is HEREBY GRANTED and all Plaintiffs' claims brought against Defendants are HEREBY DISMISSED with prejudice.

Signed on the _____ day of _____, 2023.

_____
JUDGE PRESIDING