UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Texas Tribune, Mano Amiga, Caldwell/Hays Examiner § § § | CIVIL NO: AU:23-CV-00910-RP |
| vs. § § § | |
| Caldwell County, Texas, Trey Hicks, Matt Kiely, Shanna Conley, Anita DeLeon, Yvette Mireles, Mike Lane | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, November 29, 2023 at 09:00 AM**.

IT IS SO ORDERED this 1st day of November, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE