UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Tribune, Mano Amiga, Caldwell/Hays Examiner | § § § § § § | CIVIL NO: AU:23-CV-00910-RP |
| vs. | | |
| Caldwell County, Texas, Trey Hicks, Matt Kiely, Shanna Conley, Anita DeLeon, Yvette Mireles, Mike Lane | | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, November 29, 2023 at 01:30 PM**. *(time change only)*

IT IS SO ORDERED this 7th day of November, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE