IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-910-RP |
| CALDWELL COUNTY, TEXAS, et al., | § § § | |
| Defendants. | § | |

**ORDER RESETTING PRELIMINARY INJUNCTION HEARING**

Pursuant to the email communications from Plaintiffs' counsel representing that the parties wish to reschedule the preliminary injunction hearing, **IT IS ORDERED** that the November 29, 2023 preliminary injunction hearing is **VACATED**.

**IT IS FURTHER ORDERED** that the preliminary injunction hearing is reset for **Tuesday, December 12, 2023 at 9:00 a.m.** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX. The Court will hear arguments from both sides on the motion for preliminary injunction and, if the parties desire, on the motion to dismiss. If any party anticipates calling one or more witnesses to testify, please notify Courtroom Deputy Julie Golden in advance of the hearing.

**SIGNED** on November 27, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE