United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Hsu, Camilla Jane |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, December 15, 2023 |
| Re: | 01:23-CV-00910-RP / Doc # 27 / Filed On: 12/14/2023 03:43 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: This filing is deficient because all documents filed must be in pleading format including case style, case number, proper heading, and attorney signature. Please refile your document in proper pleading form. If you are asking for an extension of the PSO deadline, it needs to be a joint motion. If you are conveying information, it should be a joint notice.