## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER,<br><br>            Plaintiffs,<br><br>      v.<br><br>CALDWELL COUNTY, TEXAS,<br><br>TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate,<br><br>MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and<br><br>MIKE LANE, in his official capacity as the Sheriff of Caldwell County,<br><br>            Defendants. | **Civil Action No. 1:23-cv-910-RP** |

### [PROPOSED] ORDER

Pending before the Court is the parties' Joint Motion for Extension of Time to Submit Proposed Scheduling Order. The Court, having considered the motion and for good cause shown, GRANTS the motion.

IT IS HEREBY ORDERED that the Joint Motion for Extension of Time to Submit Proposed Scheduling Order is GRANTED.

DATED this _____ day of_____, 20___.


_____

Hon. Judge Robert Pitman