**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

TEXAS TRIBUNE, et al.

–vs–
CALDWELL COUNTY, TEXAS, et al.

Case No. 1:23-cv-910

**O R D E R**

BE IT REMEMBERED on this the __31st__ day of __January__, 20_25_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __Jackson Busch__ ("Applicant"), counsel for __Plaintiffs__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Plaintiffs__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __31st__ day of __January__ 20 _25_.

UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form