IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER, Plaintiffs, <br><br> v. <br><br> CALDWELL COUNTY, TEXAS, TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, <br><br> MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and <br><br> MIKE LANE, in his official capacity as the Sheriff of Caldwell County, Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:23-cv-910 |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

In accordance with Federal Rule of Civil Procedure 26(c), Defendants Caldwell County, Texas, the Honorable Trey Hicks, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, the Honorable Matty Kiely, the Honorable Shanna Conley, the Honorable Anita DeLeon, and the Honorable Yvette Mireles, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and the Honorable Mike Lane, in his official capacity as the Sheriff of Caldwell County, (hereinafter "Defendants") file this agreed motion for entry of the attached Confidentiality and Protective Order to protect certain confidential and proprietary information included in documents the parties need to produce and/or included in the inspection of property by Plaintiffs including but not limited to any written

documentation, videos and photographs that may support their claims and defenses in this case. In support of this request, Defendants show the Court as follows:

Attached as Exhibit 1 to this Motion is the Western District of Texas's form Confidentiality and Protective Order ("Order"). The Order will allow the parties to: (1) produce any confidential and/or proprietary documents responsive to outstanding discovery requests; (2) permit entry onto property of Caldwell County, Texas, including the creation of documents, videos and/or photographs during the requested inspection; and (3) protect those documents from dissemination to third parties, other than qualified persons outlined in the Order, and allow such documents and information to be used as needed by both parties in this lawsuit. The Order does not seek to preclude any discovery but only to establish confidentiality over certain kinds of documents. It also allows a mechanism for challenging the designation of documents as confidential and a way to handle confidential documents that must be used for pre- trial hearings and at trial.

The Court has broad discretion to enter a protective order. *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984). Therefore, the parties respectfully request that the attached Confidentiality and Protective Order be entered and that such Order govern the handling of documents classified as confidential or proprietary by the parties to this lawsuit.

## PRAYER

For the foregoing reasons, Defendants, as agreed by Plaintiff, requests that the Court enter the Confidentiality and Protective Order in the form attached as Exhibit 1.

Respectfully submitted,

*/s/ J. Eric Magee*_____
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
SBN: 24105688

s.naranjo-padron@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**

1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

## CERTIFICATE OF CONFERENCE

I hereby certify that I have presented the attached Confidentiality and Protective Order to counsel of record who confirmed by email his consent to entry of same on February 5, 2025.

/s/ J. Eric Magee_____
J. Eric Magee

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each counsel of record listed below.

CAMILLA HSU
SENIOR STAFF ATTORNEY
Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O Box 750116
Dallas, TX 75275
camillah@smu.edu
*Counsel for Plaintiffs Mano Amiga*
*and Caldwell/Hays Examiner*

Scott Wilkens*
Evan Welber Falcón*
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
scott.wilkens@knightcolumbia.org
*Counsel for Plaintiffs*
*\*Application for Admission Pro Hac Vice Forthcoming*

Julie A. Ford
George Brothers Kincaid & Horton, LLP
114 W. 7th Street, Suite 1100
Austin, Texas 78701
Jford@gbkh.com
*Counsel for Plaintiff Texas Tribune*                /s/ J. Eric Magee_____
                                                     J. Eric Magee