IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER, Plaintiffs, | § § § § § | |
| v. | § § | |
| CALDWELL COUNTY, TEXAS, TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, | § § § § § | Civil Action No. 1:23-cv-910 |
| MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and | § § § § § § | |
| MIKE LANE, in his official capacity as the Sheriff of Caldwell County, Defendants. | § § § | |

## JOINT MOTION TO EXTEND STAY

In accordance with the Docket Text Order dated March 31, 2025, Plaintiffs Texas Tribune, Mano Amiga and Caldwell/Hays Examiner and Defendants Caldwell County, Texas, the Honorable Trey Hicks, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, the Honorable Matty Kiely, the Honorable Shanna Conley, the Honorable Anita DeLeon, and the Honorable Yvette Mireles, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and the Honorable Mike Lane, in his official capacity as the Sheriff of Caldwell County, (hereinafter "Parties") file this joint motion to extend the stay.

The Parties have diligently continued settlement negotiations and continue to work to finalize details of a possible resolution of this matter. Following these negotiations, counsel have

exchanged a draft consent decree and are refining the language of that draft. Once a version is approved by counsel, counsel for Defendants will present its financial terms for approval by the Caldwell County Commissioners Court, which meets twice a month, with May meetings scheduled for May 13 and May 27. The Parties respectfully request that the Court permit the Parties to continue necessary discussions between undersigned counsel and their respective clients.

WHEREFORE, the Parties respectfully request that the Court permit them to continue settlement negotiations and file either dismissal papers or an agreed motion to extend the stay on or before May 30, 2025.

DATED: April 30, 2025

/s/ Camilla Hsu
Camilla Hsu
State Bar No. 24130207
Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O Box 750116 | Dallas, TX 75275
(214) 768-6974
camillah@smu.edu
Counsel for Plaintiffs Mano Amiga and Caldwell/Hays Examiner

/s/ Scott Wilkens
Scott Wilkens, Pro Hac Vice
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org
Counsel for Plaintiffs

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
SBN: 24105688
s.naranjo-padron@allison-bass.com
ALLISON, BASS & MAGEE, L.L.P.

1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 telephone
Counsel for Defendants