IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER, Plaintiffs, | § § § § | |
| v. | § § | |
| CALDWELL COUNTY, TEXAS, TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, | § § § § § § | Civil Action No. 1:23-cv-910 |
| MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and | § § § § § § | |
| MIKE LANE, in his official capacity as the Sheriff of Caldwell County, Defendants. | § § | |

## **PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW JACKSON BUSCH AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiffs Texas Tribune, Mango Amiga, and Caldwell/Hays Examiner (collectively "Plaintiffs") respectfully move this Court for permission to withdraw the appearance of Jackson Busch as counsel for Plaintiffs in the above-captioned case. The reason for this request is that Mr. Busch is leaving the Knight First Amendment Institute at Columbia University on September 5, 2025. Counsel for Plaintiffs conferred with counsel for Defendants as required by Local Rule CV-7(G), and counsel for Defendants indicated that Defendants do not oppose this motion. Camilla Hsu of the Deason Criminal Justice Reform Center, Julie Ford of George Brothers Kincaid & Horton, LLP, and Scott Wilkens of the Knight First Amendment Institute at Columbia University will continue to represent Plaintiffs in this proceeding.

Dated: September 5, 2025                    Respectfully submitted,

/s/ Jackson Busch
Jackson Busch (NY Bar No. 6051668)
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jackson.busch@knightcolumbia.org

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, certify that on September 5, 2025, I electronically filed the foregoing motion in the United States Court for the Western District of Texas using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 5, 2025　　　　　　　　　　　/s/ Jackson Busch
　　　　　　　　　　　　　　　　　　　　　　　Jackson Busch