IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS TRIBUNE, MANO AMIGA, and CALDWELL/HAYS EXAMINER, Plaintiffs, <br><br> v. <br><br> CALDWELL COUNTY, TEXAS, TREY HICKS, in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate, <br><br> MATT KIELY, SHANNA CONLEY, ANITA DELEON, and YVETTE MIRELES, in their official capacities as Caldwell County Justices of the Peace and Caldwell County Magistrates, and <br><br> MIKE LANE, in his official capacity as the Sheriff of Caldwell County, Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:23-cv-910 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW JACKSON BUSCH AS COUNSEL

Upon consideration of Plaintiffs' Unopposed Motion to Withdraw Jackson Busch as Counsel, it is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the withdrawal of attorney Jackson Busch is approved.

Dated: _____

                                                                                          _____
                                                                                          Hon. Robert Lee Pitman
                                                                                          United States District Judge