AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| Texas Tribune et al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:23-cv-910 |
| Caldwell County et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Plaintiffs Texas Tribune, Caldwell/Hays Examiner, and Mano Amiga                                        .

Date:     06/26/2026

/s/Nathan Fennell
*Attorney's signature*

Nathan Fennell - 24116355
*Printed name and bar number*

Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O Box 750116
Dallas, TX 75275

*Address*

nfennell@smu.edu
*E-mail address*

(214) 768-6973
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I certify that on this the 26th day of June, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Nathan Fennell
Nathan Fennell