AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Texas Tribune, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-00910-RP |
| Caldwell County, Texas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Texas Tribune                                                                                                .

Date:    June 26, 2026                                              /s/ Camilla Hsu
                                                                                   *Attorney's signature*

                                                                    Camilla Hsu 24130207
                                                                    *Printed name and bar number*
                                                            Deason Criminal Justice Reform Center
                                                                  SMU Dedman School of Law
                                                                         P.O. Box 750116
                                                                         Dallas, TX 75275
                                                                               *Address*

                                                                      camillah@smu.edu
                                                                          *E-mail address*

                                                                       (214) 768-6974
                                                                        *Telephone number*

                                                                       (214) 768-3126
                                                                           *FAX number*