IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TEXAS TRIBUNE, MANO AMIGA, and § 
CALDWELL/HAYS EXAMINER, §
Plaintiffs, §
 §
 §
v. §
 §
 §
CALDWELL COUNTY, TEXAS, TREY §    Civil Action No. 1:23-cv-00910-RP
HICKS, in his official capacity as Caldwell §
County Court at Law Judge and Caldwell §
County Magistrate, §
 §
 §
MATT KIELY, SHANNA CONLEY, §
ANITA DELEON, and YVETTE MIRELES, §
in their official capacities as Caldwell County §
Justices of the Peace and Caldwell County §
Magistrates, and §
 §
 §
MIKE LANE, in his official capacity as the §
Sheriff of Caldwell County, §
Defendants. §

## JOINT MOTION TO EXTEND STAY

In accordance with the Docket Text Order dated June 1, 2026, Plaintiffs Texas Tribune,

Mano Amiga and Caldwell/Hays Examiner and Defendants Caldwell County, Texas, the

Honorable Trey Hicks, in his official capacity as Caldwell County Court at Law Judge and

Caldwell County Magistrate, the Honorable Matty Kiely, the Honorable Shanna Conley, the

Honorable Anita DeLeon, and the Honorable Yvette Mireles, in their official capacities as

Caldwell County Justices of the Peace and Caldwell County Magistrates, and the Honorable Mike

Lane, in his official capacity as the Sheriff of Caldwell County, (hereinafter "Parties") file this

joint motion to extend the stay.

The Parties continue to work to finalize details of a possible resolution of this matter. Since

June 1, 2026, undersigned counsel have met with the Parties to discuss concrete implementation

1

details for a possible settlement and conferred with each other to exchange positions. The Parties now respectfully request that the Court permit the Parties to continue necessary discussions between undersigned counsel and their respective clients.

WHEREFORE, the Parties respectfully request that the Court permit them to continue settlement negotiations and file either dismissal papers or an agreed motion to extend the stay on or before July 31, 2026.

DATED: June 26, 2026

/s/ Camilla Hsu
Camilla Hsu
State Bar No. 24130207
Nathan Fennell
State Bar No. 24116355
Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O Box 750116 | Dallas, TX 75275
(214) 768-6974
camillah@smu.edu
nfennell@smu.edu
*Counsel for Plaintiffs*

/s/ Scott Wilkens
Scott Wilkens, Pro Hac Vice
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org
*Counsel for Plaintiffs*

2

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
Susana Naranjo-Padron
SBN: 24105688
s.naranjo-padron@allison-bass.com
ALLISON, BASS & MAGEE, L.L.P.
1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 telephone
*Counsel for Defendants*

3